1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11   J. MICHAEL SCHAEFER,           )   Case No. 06CV821-H (BLM)
                                     )
12                 Plaintiff,        )   **ORDER FINDING EARLY NEUTRAL**
                                     )   **EVALUATION CONFERENCE**
13   v.                             )   **INAPPROPRIATE AND SCHEDULING**
                                     )   **TELEPHONIC CASE MANAGEMENT**
14   ROBBINS & KEEHN, LLP,          )   **CONFERENCE**
                                     )
15                 Defendant.        )
                                     )
16   _____      )
     ROBBINS & KEEHN, APC,          )
17                                   )
             Counter-Claimant,      )
18                                   )
     v.                             )
19                                   )
     J. MICHAEL SCHAEFER,           )
20                                   )
             Counter-Defendant.     )
21   _____      )

22        On August 29, 2006, the Court issued an Order (1) granting

23   Defendant's motion to dismiss with prejudice Plaintiff's claims for

24   breach of contract, breach of implied covenant, and negligence, and (2)

25   granting Defendant's motion to dismiss without prejudice Plaintiff's

26   intentional misrepresentation claim.  Doc. No. 33.  In light of this

27   Order, this Court finds it inappropriate to convene an Early Neutral

28   Evaluation conference at this time.  <u>See</u> Civil Local Rule 16.1(c)

1 (explaining that the "judicial officer shall hold [conferences] as he

2 or she deems appropriate"). Accordingly, the telephonic Early Neutral

3 Evaluation Conference currently set for September 11, 2006 at 9:30 a.m.

4 is hereby vacated.

5     However, in order to determine the current status of the case, a

6 telephonic, attorneys-only Case Management Conference will be held on

7 **October 26, 2006** at **1:45 p.m.** before the Honorable Barbara L. Major.

8 This Court will initiate the conference call. Failure of required

9 counsel to participate may result in the imposition of sanctions.

10     **IT IS SO ORDERED.**

11 DATED:   September 6, 2006

12

13                                    BARBARA L. MAJOR
                                       United States Magistrate Judge

14

15 COPY TO:

16 HONORABLE MARILYN L. HUFF
   U.S. DISTRICT JUDGE

17

18 ALL COUNSEL

19

20

21

22

23

24

25

26

27

28