UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. MICHAEL SCHAEFER,<br><br>             Plaintiff,<br><br>v.<br><br>ROBBINS & KEEHN, LLP,<br><br>             Defendant.<br>_____<br>ROBBINS & KEEHN, APC,<br><br>        Counter-Claimant,<br><br>v.<br><br>J. MICHAEL SCHAEFER,<br><br>        Counter-Defendant.<br>_____ | Case No. 06CV821-H (BLM)<br><br>**ORDER CONTINUING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On October 18, 2006, Defendant filed a motion to dismiss Plaintiff's First Amended Complaint. Doc. No. 36. Oral argument on Defendant's motion is currently calendared for November 27, 2006. <u>Id.</u>

In light of the currently pending dispositive motion, the Court finds it inappropriate to convene a telephonic Case Management Conference at this time. Accordingly, the telephonic Case Management Conference currently scheduled for October 26, 2006 at 1:45 p.m. is

hereby continued.  The telephonic Case Management Conference shall now be held on **December 14, 2006** at **1:45 p.m.** before the Honorable Barbara L. Major.  The Court will initiate the conference call.  Failure of required counsel to participate may result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED: October 23, 2006

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE MARILYN L. HUFF
U.S. DISTRICT JUDGE

ALL COUNSEL