UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. MICHAEL SCHAEFER,<br><br>           Plaintiff,<br>v.<br><br>ROBBINS & KEEHN, LLP,<br><br>           Defendant.<br>─────────────────────────<br>ROBBINS & KEEHN, APC,<br><br>           Counter-Claimant,<br><br>v.<br><br>J. MICHAEL SCHAEFER,<br><br>           Counter-Defendant.<br>───────────────────────── | Case No. 06cv821-H (BLM)<br><br>**ORDER CONTINUING EXPERT DISCLOSURE AND REBUTTAL DEADLINES** |

    This Court for good cause shown, by agreement of parties (confirmed by email), hereby modifies the April 23, 2007 Case Management Conference Order as follows. The deadline for expert disclosures required by Fed. R. Civ. P. 26(a)(2) is continued from September 14, 2007 to **October 1, 2007**. The deadline for disclosing any contradictory or rebuttal information concerning experts is likewise continued from September 28, 2007 to **October 15, 2007**.

All other dates and deadlines remain the same.

**IT IS SO ORDERED.**

DATED: September 13, 2007

_Barbara L. Major_
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE MARILYN L. HUFF
U.S. DISTRICT JUDGE

ALL COUNSEL